JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JAVIER IBARRA ALVARADO,

Petitioner,

v.

D.H.S.,

Respondent.

No. 5:26-cv-05232-CAS-JDE

JUDGMENT

Pursuant to the Order Dismissing Action as Moot,

IT IS ORDERED, ADJUDGED, AND DECREED THAT this action is dismissed without prejudice.

Dated: November 6, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE